BEFORE THE SECOND DIVISION, NOVEMBER 28, 1967

**No. P67/421.**—World Wide Automobiles Corp. *v.* United States, protest 61/4139 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of spark plugs in chief value of metal, not dedicated to use in any vehicle, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

**No. P67/422.**—New York Merchandise Co., Inc. *v.* United States, protest 65/9276 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brewmasters with cords the same in all material respects as those the subject of *Silvine Importers, Inc.* v. *United States* (57 Cust. Ct. 362, C.D. 2821), the protest was dismissed and the matter remanded to a single judge to determine the value of the merchandise in the manner provided by law. (28 U.S.C. § 2636(d).)

**No. P67/423.**—National Aniline Div., Allied Chemical Corp., and D.C. Andrews & Co., Inc., et al. *v.* United States, protests 66/36223, etc. (New York).

FORD, J.   In accordance  with stipulation of counsel that the merchandise covered by the foregoing protests consists of drawtwister machines and parts similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division, and Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 69811), the claim of the plaintiffs was sustained.